IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bell, James E | Case Number: 04 B 44109 |
|---|---|---|
| | Bell, Charlotte J | Judge: Goldgar, A. Benjamin |
| | Printed: 11/6/07 | Filed: 11/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: October 12, 2007
Confirmed: March 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,735.00 | |
| Secured: | | 6,880.46 |
| Unsecured: | | 2,224.33 |
| Priority: | | 0.00 |
| Administrative: | | 1,400.00 |
| Trustee Fee: | | 540.21 |
| Other Funds: | | 690.00 |
| Totals: | 11,735.00 | 11,735.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,400.00 | 1,400.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 6,880.46 | 6,880.46 |
| 4. | Beverly Bus Garage Fed CU | Unsecured | 434.11 | 734.34 |
| 5. | Beverly Bus Garage Fed CU | Unsecured | 596.94 | 1,009.77 |
| 6. | Americredit Financial Ser Inc | Unsecured | 283.89 | 480.22 |
| 7. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 8. | AT&T | Unsecured | | No Claim Filed |
| 9. | Citibank | Unsecured | | No Claim Filed |
| 10. | Capital One | Unsecured | | No Claim Filed |
| 11. | Cross Country Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,595.40 | $ 10,504.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 86.40 |
| 3% | 20.70 |
| 5.5% | 113.85 |
| 5% | 34.50 |
| 4.8% | 69.84 |
| 5.4% | 214.92 |
| | _____ |
| | $ 540.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bell, James E<br>Bell, Charlotte J<br>Printed:  11/6/07 | Case Number:  04 B 44109<br>Judge:  Goldgar, A. Benjamin<br>Filed:  11/30/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_